UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:03 CR 00706 CDP |
| LEVI J.W. JOHNSON, JR., | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

Comes now Edward R. Martin, Jr. of Bryan Cave LLP, One Metropolitan Square, Suite 3600, St. Louis, MO 63102, colleague of appointed counsel Robert F. Epperson, Jr. and enters his appearance on behalf of Levi J.W. Johnson.

Respectfully submitted,

By: _____
Edward R. Martin, Jr. # 112551
One Metropolitan Square, Ste. 3600
St. Louis, MO 63102
(314) 259-2000 Phone
(314) 259-2020 Fax

Attorney for Defendant
Levi J. W. Johnson